

DLA Piper LLP (US)
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
www.dlapiper.com

Michael Strapp
michael.strapp@dlapiper.com
T   617.406.6031
F   617.406.6174

August 5, 2016
*VIA ECF*

Judge John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Time to restore the case to the calendar extended to 9/9/16. So ordered. JGKoeltl U.S.D.J. 8/9/16.*

Re:   *Superpedestrian, Inc., et al. v. FlyKly, Inc., et al.*, C.A. No. 1:16-00136-JGK

Dear Judge Koeltl:

We represent Plaintiffs Superpedestrian, Inc. and Massachusetts Institute of Technology ("Plaintiffs") in the above-referenced matter.

Pursuant to the Court's July 8, 2016 Order of Discontinuance, Plaintiffs hereby respectfully apply for restoration of the above-referenced action to the Court's calendar.

Very truly yours,

/s/ Michael Strapp

Michael Strapp
Partner

MS

EAST\127010022.2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/10/16