

**DLA Piper LLP (US)**
33 Arch Street, 26th Floor
Boston, Massachusetts  02110-1447
www.dlapiper.com

Michael Strapp
michael.strapp@dlapiper.com
**T**   617.406.6031
**F**   617.406.6174

November 3, 2016
*VIA ECF*

Judge John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Superpedestrian, Inc., et al. v. FlyKly, Inc., et al.*, C.A. No. 1:16-00136-JGK

Dear Judge Koeltl:

We represent Plaintiffs Superpedestrian, Inc. and Massachusetts Institute of Technology ("Plaintiffs") in the above-referenced matter.  Plaintiffs respectfully write to advise the Court that the parties' Notice of Settlement and Request for Dismissal Without Prejudice (ECF No. 29) remains pending.

On July 11, 2016, the Court issued an Order of Discontinuance With Prejudice, which stated "if the parties wish for the Court to retain jurisdiction for the purpose of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be 'so ordered' by the Court."  (ECF No. 25.)

On August 10, the Court issued an Order extending the deadline for submission of the settlement agreement to the Court to September 9, 2016.  (ECF No. 28.)

On September 6, 2016, the parties submitted a timely Notice of Settlement and Request for Dismissal Without Prejudice, appending an executed copy of the settlement agreement for the Court to "So Order."  (ECF No. 29.)

Pursuant to the Court's Order of Discontinuance (ECF No. 25) and the parties' Notice of Settlement and Request for Dismissal Without Prejudice (ECF No. 29), Plaintiffs hereby respectfully request that the Court "So Order" the settlement agreement and issue an Order dismissing this action without prejudice.

Judge John G. Koeltl
United States District Judge
November 3, 2016
Page Two


Very truly yours,


/s/ Michael Strapp


Michael Strapp
Partner